# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMMY LEITGEB, | : | |
| **Plaintiff** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WESTPORT INSURANCE CORP. | : | No. 11-07221 |
| **Defendant** | : | |

## O R D E R

**AND NOW**, this 28th day of February, 2012, upon consideration of the Defendant's Motion to Dismiss the Amended Complaint (Doc. #12), it is hereby

**ORDERED** that the Defendant's Motion to Dismiss is **GRANTED** without prejudice.

It is **FURTHER ORDERED** that Plaintiff has twenty-one (21) days from the date of this Order to file an amended Complaint.

BY THE COURT:

/s/LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.